# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 5, 2020

159678

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                  SC:  159678
                                  COA:  342325
                                  Washtenaw CC: 14-000322-FH

ROGAN EDWARD LAMPE,
        Defendant-Appellant.
_____/

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

      On order of the Court, the application for leave to appeal the February 21, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 5, 2020



b0129

                                      Clerk